IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUISE A. STEWART | : | CIVIL ACTION |
| v. | : | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security | : | NO. 17-4025 |

# ORDER

**AND NOW**, this 5th day of November, 2018, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket No. 11), Defendant's Response thereto, Plaintiff's Reply Brief, and the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (Docket No. 17), to which no objections have been filed, **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Plaintiff's Request for Review is **GRANTED**, and the decision of the Commissioner of Social Security is **REVERSED** to the extent that the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report.

BY THE COURT:
/s/ John R. Padova, J.

John R. Padova, J.